IN The United States Federal DISTRICT COURT
For the DISTRICT OF COLUMBIA
WASHINGTON DC

mr Sweson
& ARMART Food Service Jame
& char Doe Food SERVICE
OF chio Collins common plea Judges
somedene C. Case No ARMART Janedohn

ALonzo O. Shephard

PLAINTIFF PETITIONER
1001 OLIVESBERG ROAD
MANSFIELD OHIO 44905

Case: 1:24-cv-02438
Assigned To : Unassigned
Assign. Date : 8/19/2024
Description: Pro Se Gen. Civ. (F-DECK)

versus

WARDEN  J.  BLACK, & MR STUFF WARDEN
DEPUTYWARDEN  Kowachi
DEPTYWARDEN  Allen
MAJOR  Brewer
ODRC&Director  ANNette ChariBees smith
ODRC&INSPECTORS office Chief Lambers
DOCTOR  EDDIE
GOVERNOR  Mike Dewine  & WMFB T.V. & Jane&John Does
L.T. GOVERNOR
Iztes Attorney General Dave Yost
DOCTOR  OFFell
NURSE PRECTIONER  Wheeler
MR  Hilliand
Co  TORRANCE
Co  Taylor
GTL Civil Complaint Director & violation of U.S.C. 1983 & RICO ACT 18 & & USC
What is the Name of previous PLAINTIFF TO Lawsuit?
ALONZO D. Shephard

what are names of defendants To Previous Lawsuits?
WARDEN J. Black

what is the Location of Court Lawsuit filed?
U.S. Federal DISTRICT Court Clerk
U.S. Federal DISTRICT Court
FOR the DISTRICT OF COLUMBUS
U.S. Federal Courthouse
333 Constitution AVE N.W.
Washington DC 20001-0810

what is the Name of U.S. Judge Assign?
U.S. Judge HOWEL

what is the status of U.S. Lawsuit?
PENDING

RECEIVED
Mail Room
AUG 19 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Date of Filing Lawsuit?
FEB OR MARCH 3RD 2001

TYPE OF FILING LAWSUIT?
Civil Complaint 42 USC 1983 RICO ACT 18/28 USC

ARE YOU PRESENTLY IN Jail OR INCarcerated in Prison?
(YES) OR NO
Where are you Presently in Jail & in Prison?
RICHland Corrections 100/01 La BERg ROAD. ono MANSfield ohio
44905
Is there A INMATE Prisoners Grievence Procedure
(YES) OR NO
What STEPS Did you TaKe TO Present your Grievance?
Filed Affidavits & Emergency GRIEVENCES
Against WARDEN - & MORE LawSuits & Letters to
Media

what were the Results?
They LIED & TOOK INMATE Grievence procedure
& Writes And Disregarded me & Attempted to
Murder me 4990 Times & more Refusing
me A DIABETIC Food & Hit WITH CARTS also Ussr

Who Did you Speak with?
Ive Spoken with Deputy WARDENS & inspector
PAROLE OFFiciaIS & ODRC Legroup & directors
They all Refuse me My ONSE DIAbeTic
4 Icer Diets & food & ICE and more & Committe
Criminal Crimes & Terrorism

Here Write Type PRINT Your Address & name.
Alonzo Dean Shephard
# A775-900
RichLand Corrections INSTITUTION
1001 Olivesberg Road
MANSfield ohio 44905

Here on the [...] [...] [...] [...] write your names of the defendants also their Attorney & his Address. WARDEN & BLACK and Deputy WARDEN KLAVCHIE & Deputy WARDEN Allen & Jane & John Doe GTL [...] & [...] and Director & TEC's and Governor Mike DeWine & Lt. Gose Husted and ODRC Director Annette Chambers & Smith & MR Lambert and Doctor Eddie & Co. Torrence & Co Taylor & Doctor Basil & Doctor Wheel & Dave Yost States Attorney Dave Yost - 150 E. Gay Street Columbus oh 43215

Next Print type & write your Lawsuit using Names Addresses & time Dates also if there is any more first one Number Each & make no legal arguments.

There is an Emergency Conditions of Treatment and Confinement, and imminent-Danger Does Exist. Instituted under the plenums of 42 U.C.C. 1983 & 1997 [...] Review of DOJ & suit further under 28 USC 1915(g) and also the CJA of 1984 See Reasons for institution of 28 USC 2241 and 2254 & 2255. MR Shepward is suing Each Defendant in their own also individual [...] with all damages sought from Each Defendant in their own also individual [...] capacitys Defendants Black & Dewine & Husted & Smith & Allen & Klovchie & Brown & Torrence and Taylor & Lambert and J. Doe & Eddie & Wheeler & Armert Food Service. Jane & John Doe Co. Collins & GTL. All work under the color of State & Federal Law yet acted out-side the scope of their Job to 1 Deliberity 2 with Indifference 3 Knowingly Disregard MR Shepwards Reason to Live or have Life threatning & Neccestive [...] Neccerry Living Food & Serving him over 4999 Food Trays & to 5 his 5 Diabetie 6 MSC his 7 Bleeding ulcers & Reactions 8 Failing to abate all & 9 by organized Crime & 10 RICO by 1 Racketering

De Defendants all chco common pleas judges. 34 stole and Tempered with U.S. court & exhibit & my exhibit evidence S.D. cards & the zoom R 20 multitrack Them 35 payed for also known as tempering with 36 witnesses and 37 also tampered with and 37 told me to not due what court said OR US. President federal government 38 conspiring with 39 conspiracy & 40 complicity 41 impeeding criminal & 42 civil cases 43 calling me racist names committing racist acts 44 discrimination 45 prejudices and yes upset 46 I reported to U.S. federal government they there Fellow state threatened to kill 47 & 48 presidents clinton & Bush 49 & 50 obama 47 vice presidents and 49 U.S. sitting FBI Directors & 50 U.S. Attorney Generals. Then they took all my visiting list visitors Mother & Father & sisters & brothers off my list for years & while my son & grand kids & my dad died & son & my brothers ants & uncle & no money from them & visits for years, they stole broke up my property & took stole photos and numbers & letters & more and set up with weapons wife & more took my paper & pens and clothes & more. Note all was done deliberatly with in difference while known risk 51 & 52 failure to protect 53 disregard & 52 equal protection and while 54 fair hearings 55 denial of free speech & 56 free expressions 57 they put me in none penalized in male 32 years in bad bed area shower & gym conditions for ADA Disabled wheel chair

p3 (12) Attempting to murder me (13) denial of my Americans with disability act/ causing falls injuring back and neck (14) hitting with car (15) injuring back neck right arm arm (16) causing me to be left freezing in blizzard and frozen frost bite right hand nerve damage. (17) showers & toilet black mold -subjection use daily years sickning coming & existing contamination (18) organic second hand dikes use subjection (19) in living area bathroom & (20) yard & (21) gym. (21) lungs & heart damage. Eyes & ears & (22) kidney & (23) advertise & feed sharing since March 3rd 2021 suffering, I ask parole board at hearing They denied all (24) each defendant denied all medical or even proper care (25) denial of humane condition of treatment & confinement and (26) terrorizing me. (27) torcheering me (28) allowing multiple deaths & (29) abuse (more (30) true and unusual punishment & (31) denial of access to court (32) denial of right to protect my self (33) denial of due process and (34) denial of religious practices. Note know risk of disregard. (35) harassment and (36) retaliation for being inmate black in wheel chair & complaining and they (37) obstructed U.S justice to court & my lawsuit complaint violations laws & rules, along with the (38) national security violations by even all the common plea court judges & general ass state of Ohio. Therefore relief is warrened in full

1 declare and affirm all under the penaltys of perjury's & laws of USA all true & correct here in

July 29th Day of 2024 year

Respectfully submitted by prose

Alonzo Shepherd

Richland Correctional Facility

1001 Olives Berg Road

Mansfield Ohio 44908

AMENDMENT PER FRCP Rule 15

ON or ABOUT July 2nd DAY 2024 MR Sheppard SPOKE TO Ch 15 TU AND GAVE A COMPLAINT AND full INTERVIEW #67 YET FOR BEING INMATE & BLACK he was CLEARLY DISREGARDED

While A WITNESS & Phone NUMBER TO his MOTHER WAS GIVEN & his personal & BUSINESS phone Number (937) 367-1783 was GIVEN & his EMAIL alonzo_u@icloud yet NO INVESTIGATION #68 while the SMOKING DRUGS CONTINUED also HEART TROUBLE and LYING also The BEST EX AND Attempted MURDER & Refused food TRAYS and the ORGANIZED CRIME & #72 Racketeering & #73 Conspiracy #74 Complicity & #75 National SeCurity act & #76 on August 7th 2024 an INMATE Threaten me & DID TRY TO ATTACH me per The AMERICAN with DISABILITYS act and #77 Conditions of Treatment and CONFINEMENT DELIBERTLY with #79 INDIFFERENCE & FAILUR TO ACT TO #80 KNOWN RISK OF DISREGARD #81 CRUEL & UNUSUAL PUNISHMENT #82 DE -NIAL OF COURT & #83 EQUAL PROTECTION & 84 DENIAL OF DUE PROCESS & MULTIPLE ATTACKS The ch 15 WMFB T.U. JOHN & JANE DOE STAFF & WARDEN & DEFENDANTS is & would ALL Be held Guilty AND #84 MAIL TAMPERING & DELAY of U.S. MAIL TO U.S. GOVERMENT Respectfully Summitt I DECLARE AII TRUE UNDER ed By pro se found -USA PERJURY LAWS. HERE-IN

Alonzo Shepphard Rici 100 OldUS301 RD in Mansfield Oh #90

August 17th 2024

Relief Page — the part on the page Tell this U.S. Federal Court EXACTLY what you want them to do for you & how & the Relief you Request Make no legal arguments or cite cases. Mr Shepherd seeks EMERGENCY Relief By TPO's & TRO's INJUCTION Relief per FRCP & FRCRP Rules & Medical & independent examination and Care & Medications also Protective & Restraining Orders & Documents FRCRP & FRCP Rules 26.1 Mr Shephard seeks Federal Grand Jury investigation and indictments also Mr Shepherd seeks for monetary Relief of $600.000.000.000.000.000.000.000 zillion $600.000.800.000.000.000 Zillion for compensation Relief also we seek $600.000.000.000.000.000.000 zillion and for all the Civil Rights & Criminal violations From Pain & Suffering & mental Anguish & Psychological Damages we seek further $600.000.000.000.000.000.000 Zillion

I Declare and Affirm all under the penalty perjurys & Laws of USA all True & Correct heres Respectfully Submitted by Prose Counsel
July 29th DAY OF 2024 year Alonzo Dean Shepward,
Alonzo Dean Shepard
Richland Correctional institution
1001 Olivesburg Road
Mansfield Ohio 44901

U.S. Federal DISTRICT COURT
FOR the DISTRICT COURT
U.S. Federal DISTRICT COURT house
333 CONSTITUTION AVE N.W.
WASHINGTON DC 20001-2866

STATE OF OHIO          July 30th 2024
COUNTY OF RICHLAND

AFFIdauit of Alonzo D Shephard

PER Federal U.S. Supreme Court
Rules 28. USC 1746 I Alonzo D. Shephard
Being First Duly Sworn AND Also
CAUTION & day's AS follows
Im over 18 years of Age AND
Confident TO TESTIFY with All
Knowledge AND FACTS

IN Closed is A EMERGENCY
DOCUMENT LAWSUIT Drafted
By my self & CAPTIoned —
Shephard is WARDEN Black
et Al. for Emergency filing
and IFP order
I Declare AND Alonzo Shephard
Affirm All under Alonzo Shephard
PeNAlties of PeRJURY Richland Correction
LAWS of USA True 1001 Olivesberg Road
July 30th 2024 Mansfield Ohio 44901